BRIAN J. STRETCH (CABN 163973)
United States Attorney

SARA WINSLOW (DC Bar No. 457643)
Chief, Civil Division
Assistant United States Attorney

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-6925
      FAX: (415) 436-6748
      Sara.winslow@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| AIDIN NASIRISHARGH,<br><br>               Plaintiff,<br><br>    v.<br><br>JAMES McCAMENT, in his Official Capacity, Acting Director, U.S. Citizenship and Immigration Services, U.S. Department of Homeland Security; MARK HAZUDA, in his Official Capacity, Nebraska Service Center, U.S. Citizenship and Immigration Services; and JOHN F. KELLY, in his Official Capacity, Secretary, U.S. Department of Homeland Security,<br><br>             Defendants. | C 17-03867 KAW<br><br>**STIPULATION TO DISMISS and [PROPOSED] ORDER** |

       Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

of record, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismissal of the above-entitled

action without prejudice in light of the fact that the United States Citizenship and Immigration Services

adjudicated Plaintiff's application to adjust to permanent resident status application.

///

///

Each of the parties shall bear their own costs and fees.

Date: September 7, 2017                    Respectfully submitted,

                                           BRIAN J. STRETCH
                                           United States Attorney

                                           _____/s/_____
                                           SARA WINSLOW
                                           Assistant United States Attorney
                                           Attorneys for Defendants

Date: September 7, 2017                    _____/s/_____
                                           GENNA ELLIS BEIER
                                           Van Der Hout, Brigagliano & Nightingale, LLP
                                           Attorneys for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: 9/8/17                               _Kandis Westmore_____
                                           KANDIS A. WESTMORE
                                           United States Magistrate Judge